IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE ROWANN,<br>　　　Plaintiff,<br><br>　　v.<br><br>BRIAN V. COLEMAN, ET AL.,<br>　　　Defendants. | Civil Action No. 10-1222 |

ORDER

Plaintiff George Rowann has appealed the non-dispositive text order, dated March 11, 2011, entered by United States Magistrate Judge Susan Paradise Baxter [document #21]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 28th day of March, 2011, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, C.J.

cc:　The Honorable Susan Paradise Baxter,
　　　United States Magistrate Judge

　　　All parties of record